UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEONID SHAPSIS and EDWARD MALISHKEVICH,<br><br>Plaintiffs,<br><br>-against-<br><br>LEONID SHEKHETS, ALEX KOGAN, and JOHN LITMAN,<br><br>Defendants. | 05 Civ 5555 (GWC)(JO)<br><br>**STIPULATION OF<br>DISMISSAL** |

Plaintiffs LEONID SHAPSIS and EDWARD MALISHKEVICH, and Defendants ALEX KOGAN, and JOHN LITMAN, the remaining parties to this action, stipulate that the claims and counterclaim herein shall be dismissed *with prejudice* and this action shall be discontinued, *provided* that the dismissal and discontinuance shall not have any *res*

*judicata* or collateral estoppel effect on any claim or counterclaims not specifically set forth in the pleadings.

Dated: New York, New York
March 28, 2008

s/ Solomon J. Jaskiel
Solomon J. Jaskiel (SJJ-0671)
*Attorney for Plaintiffs Leon Shapsis and Edward Malishkevich*
275 Madison Avenue, 11th Floor
New York, NY 10016
(212) 370-5900


s/Jason Abelove
Jason Abelove (JA-5327)
*Attorney for Defendant John Litman*
666 Old Country Road, Suite 304
Garden City, New York 11530
(516) 222-7000


ALACQUA & BAIERLIEN, LLP


By: s/ Raymond Baierlien
Raymond Baierlien (RB-3175)
*Attorney for Defendant Alex Kogan*
One Old Country Road, Suite 250
Carle Place, New York 11514
(516) 741-2100

SO ORDERED:

GREGORY W. CARMAN, Judge
Date: April 3, 2008
Brooklyn, NY